UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL WARREN AMUNDSON,<br>PHILAVANH SOUKHANOUVONG,<br>a/k/a "Joe" and SILAPHET<br>DAOHEUANG, a/k/a "Steve,"<br><br>　　　　　　Defendants. | CR 21-40139<br><br>REDACTED INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance; Possession of a Machinegun; Possession of a Firearm Under Indictment<br><br>21 U.S.C. §§ 841(a)(1) and 846<br>18 U.S.C § 922(o)<br>18 U.S.C. § 922(n) |

The Grand Jury charges:

COUNT 1:

Beginning at an unknown date and continuing to on or about the date of this indictment, in the District of South Dakota and elsewhere, Michael Warren Amundson, Philavanh Soukhanouvong, a/k/a "Joe" and Silaphet Daoheuang, a/k/a "Steve" did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT 2:

On or about the 12th day of April, 2021, in the District of South Dakota, the defendant, Silaphet Daoheuang, a/k/a "Steve" did knowingly possess a

machinegun, that is, a Glock GmbH, model 17 Gen 3, 9x19 Luger caliber, fully automatic pistol, bearing serial number TNG230, all in violation of 18 U.S.C § 922(o).

COUNT 3:

On or about March of 2021 and continuing until April of 2021, in the District of South Dakota, the Defendant, Silaphet Daoheuang, a/k/a "Steve", who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, and knowing he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: a felony matter in the Fifth Judicial District Court of Minnesota, Nobles County, File Number 53-CR-20-695, did willfully possess a firearm while under indictment, that is, a Glock GmbH, model 17 Gen 3, 9x19 Luger caliber, fully automatic pistol, bearing serial number TNG230, and 21 rounds of assorted manufactured ammunition, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(n).

**FORFEITURE ALLEGATION**

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense set forth in the Indictment, the Defendant Silaphet Daoheuang, a/k/a "Steve," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offense, including, but not limited to

the Glock GmbH, model 17 Gen 3, 9x19 Luger caliber, fully automatic pistol, bearing serial number TNG230, and 21 rounds of assorted manufactured ammunition.

A TRUE BILL:

**Name Redacted**
_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____